AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Kentucky

Eastern District of Kentucky
**FILED**
FEB 22 2019
AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

United States of America
v.
FARRERA-BROCHEZ, Mikhy

*Defendant(s)*

Case No. 19-MJ-5041

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of June, 2018 through February 2019 in the county of Clark and others in the Eastern District of Kentucky, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1028(a)(2) | Knowingly transfer an identification document knowing that such document was stolen |
| 18 U.S.C. 1028(a)(3) | Knowingly possess with the intent to transfer unlawfully five or more identification documents |

This criminal complaint is based on these facts:
See attached affidavit of FBI Special Agent Chelsea Holliday

☑ Continued on the attached sheet.

**Signed remotely per Rule 4.1.**
*See* **Addendum.**

*Complainant's signature*

Chelsea Holliday, FBI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 02/22/2019

*Judge's signature*

City and state: Lexington, Kentucky

Matthew A. Stinnett, United States Magistrate Judge
*Printed name and title*