
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

Eastern District of Kentucky
**FILED**

MAR - 7 2019

AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.                                                                 INDICTMENT NO. 5:19 CR-55 DCR

MIKHY FARRERA-BROCHEZ

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

## COUNT 1
### 18 U.S.C. § 875(d)

On or about January 22, 2019, in the Eastern District of Kentucky,

**MIKHY FARRERA-BROCHEZ**

did knowingly transmit in interstate and foreign commerce from Kentucky to Singapore, with intent to extort things of value from the Government of Singapore, its officials, and agencies, an email containing a threat to injure the reputation of officials of the Government of Singapore and its Ministry of Health, all in violation of 18 U.S.C. § 875(d).

## COUNT 2
### 18 U.S.C. § 875(d)

On or about February 18, 2019, in the Eastern District of Kentucky,

**MIKHY FARRERA-BROCHEZ**

did knowingly transmit in interstate and foreign commerce from Kentucky to Singapore,

with intent to extort things of value from the Government of Singapore, its officials, and agencies, an email containing a threat to injure the reputation of officials of the Government of Singapore and its Ministry of Health, all in violation of 18 U.S.C. § 875(d).

## COUNT 3
## 18 U.S.C. § 1028(a)(7)

On or about January 22, 2019, in the Eastern District of Kentucky, the defendant,

**MIKHY FARRERA-BROCHEZ**

did knowingly transfer and possess in or affecting interstate or foreign commerce, without lawful authority, a means of identification of another person, to wit, names and dates of birth, knowing that the means of identification belonged to other actual people, with the intent to commit, or to aid or abet, or in connection with, any unlawful activity that constitutes a violation of Federal law, to wit, threatening interstate communications in violation of 18 U.S.C. § 875(d), all in violation of 18 U.S.C. § 1028(a)(7).

## FORFEITURE ALLEGATION
## 18 U.S.C. § 1028(b)(5)
## 28 U.S.C. § 2461(c)

Upon conviction of the offense in violation of Title 18, United States Code, Section 1028(a)(7) set forth in Count 3 of this Indictment, the defendant shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 1028(b)(5) and Title 28, United States Code, Section 2461(c), any personal property used or intended to be used to commit the offense. The property to be forfeited includes, but is not limited to, the following:

## ELECTRONIC DEVICES:

1. Blue "Oppo" brand cellular phone with SIM Card number 8901410327 1854129325;
2. 128GB memory card labeled 8316ZVETA2SN;
3. SanDisk Cruzer USB storage device, Serial Number BN17125865V;
4. Green PNY flash drive;
5. Black Western Digital external hard drive, Serial Number WXN309N30033;
6. Blue Seagate external hard drive, Serial Number NA9FXV39;
7. Black SanDisk SD card with orange and white SD card adapter;
8. White Samsung SM-G318HZ cellular phone, Serial Number R51GA21TB7H;

## GOOGLE ACCOUNTS:

9. Google account identified by the email address mbrochez@gmail.com; and
10. Google account identified by the email address amadeofarrera@gmail.com.

*[signature]*

ROBERT M. DUNCAN, JR.
UNITED STATES ATTORNEY

## PENALTIES

**COUNTS 1-2:**   Imprisonment for not more than 2 years, fine of not more than $250,000, and supervised release for not more than 1 year.

**COUNT 3:**   Imprisonment for not more than 5 years, fine of not more than $250,000, and supervised release for not more than 3 years.

**PLUS:**   Forfeiture of all listed property.

**PLUS:**   Mandatory special assessment of $100 per count.

**PLUS:**   Restitution, if applicable.