UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON
CRIMINAL MINUTES – ARRAIGNMENT AND PLEA

Lexington Case No. 19-55-DCR-MAS-1 _____ At _Lexington_ Date _March 19, 2019_____

USA vs Mikhy Ferrera-Brochez _____ _x_ present  _x_ custody ____ bond ____ OR  Age ____

DOCKET ENTRY: The Court conducted Defendant's arraignment and advised him of his constitutional rights, the pending charges, and the possible penalties.

PRESENT:   HON. MATTHEW A. STINNETT, UNITED STATES MAGISTRATE JUDGE

| Susan Conner | Audio File | none | Dmitriy Slavin |
|---|---|---|---|
| Deputy Clerk | Court Reporter | Interpreter | Assistant U.S. Attorney |

Counsel for Defendant   _John W. Oakley, II_   _x_ present ____ retained _x_ appointed

I, Susan Conner, Deputy Clerk, CERTIFY the official record of this proceeding is an audio file
KYED-LEX__5-19-cr-55-DCR-MAS-1_20190319_133219.

PROCEEDINGS:  **ARRAIGNMENT**

| | |
|---|---|
| x | Copy of Indictment given to the defendant. |
| x | Defendant states true name is _as stated on the indictment_. |
| | Defendant advised the Court that he/she will retain counsel. |
| | Defendant request that the Court appoint counsel. |
| | Financial Affidavit executed & filed. |
| | Court FINDS defendant qualifies for Court Appointed Counsel under provision of CJA. |
| x | Ordered _John W. Oakley, II_ is appointed Attorney under the CJA. |
| x | Defendant advised of Constitutional Rights. |
| x | Defendant advised of the nature of charges and possible penalties. |
| x | Defendant waives formal arraignment. |
| x | Defendant waives reading of Indictment - Information. ___ Indictment - Information read. |
| x | Defendant pleads ___ Guilty to Counts ___ _x_ Not guilty to Counts ALL |
| | Assigned for **Detention Hearing** on |
| x | PRETRIAL MOTIONS are to be filed pursuant to the Court's pretrial order to be entered. |
| x | Assigned for **JURY TRIAL** on _May 7, 2019 at 9:00 a.m._ before Judge Danny C. Reeves; counsel to be present at 8:30 a.m. |
| x | Number of days expected for trial _3_. |
| x | The Court covered standard collateral consequences and notification rights tied to non-citizen status. |
| x | The United States advised it is fulfilling victim notification duties, as necessary. |
| | Defendant to remain on bond, conditions of release. |
| x | Defendant remanded to custody of the USM. |
| | USPO to circulate Pretrial Services Report (PSR) to counsel. Counsel may retain PSR while detention issues pend but may not copy of disseminate the report to any person (except defense counsel can share content with Defendant). |



Signed By:
Matthew A. Stinnett
United States Magistrate Judge

Copies:  COR, USP, USM, D, JC          Initials of Deputy Clerk: stc          TIC: /06