UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

CRIMINAL ACTION NO. 5:19-00055-DCR           **ELECTRONICALLY FILED**

UNITED STATES OF AMERICA                                       PLAINTIFF

vs.

MIKHY FARRERA-BROCHEZ                                          DEFENDANT
_____

### **MOTION TO WITHDRAW**
_____

Comes the Movant, John W. Oakley, II, and respectfully moves this Honorable Court for permission to withdraw as CJA appointed counsel of record for Defendant, Mikhy Farrera-Brochez, on grounds that Defendant has recently advised counsel that he is not satisfied with his advice and services and wishes to be appointed new counsel.

As cause, Movant respectfully submits that serious, persistent and irreconcilable differences have arisen between Defendant and Movant such that Movant is no longer able to represent Defendant in an ethical, competent and professional manner. Specifically, Defendant has indicated to Movant that he no longer has sufficient trust and confidence to believe that Movant is able to properly represent him in this matter. Defendant has expressed his discontent regarding Movant's opinions following a thorough review of the discovery and is not satisfied with the position taken by the United States. Defendant has also made false accusations regarding promises and assurances made to him by both the United States and Movant, and Movant no longer feels comfortable representing him in this matter.

Accordingly, Movant respectfully requests this Honorable Court's permission to withdraw as the attorney of record for Defendant in this case and appoint him new CJA counsel.

Respectfully submitted,

/s/ *John W. Oakley, II*
JOHN W. OAKLEY, II
Oakley & Oakley, LLC
271 W. Short Street, #111
Lexington, Kentucky 40507
(859) 254-4035
Facsimile: (859) 254-7368
jay@oakleylawky.com

## NOTICE

Please take Notice that the foregoing Motion shall come on for hearing at the convenience of the Court.

/s/ *John W. Oakley, II*
JOHN W. OAKLEY, II

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on April 8, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Honorable Dmitriy Slavin
Assistant United States Attorney
160 West Vine Street, Suite 300
Lexington, Kentucky 40507

/s/ *John W. Oakley, II*
JOHN W. OAKLEY, II