# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# CENTRAL DIVISION
# LEXINGTON

CASE NO. 5:19-CR-55-DCR

UNITED STATES OF AMERICA                                            PLAINTIFF

V.             **NOTICE OF FILING (FORFEITURE NOTICE)**

MIKHY FARRERA-BROCHEZ                              DEFENDANT

\* \* \* \* \* \*

       The United States gives notice that in addition to the property currently listed in the Indictment, the United States is seeking the forfeiture of a gray Dell Inspiron laptop bearing serial number 26718115790 seized from the Defendant, Mikhy Farrera-Brochez.

       The laptop at issue was in the Defendant's car when he was arrested. It was seized pursuant to a search and seizure warrant issued by Magistrate Judge Matthew A. Stinnett on March 11, 2019 in case 19-MJ-5049.

       Federal Rule of Civil Procedure 32.2 states that the defendant is to be given notice that property is being sought for forfeiture in the indictment. However, the indictment need not identify the specific property subject to forfeiture. The Indictment in this case (R. 1) includes a forfeiture allegation. That allegation specifies certain items that the United States seeks to forfeit but does not include the laptop. This filing is notice to the Defendant, Mikhy Farrera-Brochez, that the gray Dell Inspiron laptop bearing serial number 26718115790 seized from him will be sought for forfeiture in his criminal case.

Respectfully submitted,

ROBERT M. DUNCAN, JR.
UNITED STATES ATTORNEY

s/ Dmitriy Slavin
Assistant United States Attorney
260 West Vine Street, Suite 300
Lexington, Kentucky 40507-1612
(859) 685-4899
Fax: (859) 233-2747
E-mail: Dmitriy.Slavin@usdoj.gov

**CERTIFICATE OF SERVICE**

This certifies the foregoing Notice was filed via ECF, on April 22, 2019 which sent notice of this filing to all registered users.

s/ Rajbir Datta
Assistant United States Attorney