```
(EDKY-234)           UNITED STATES DISTRICT COURT
                      EASTERN DISTRICT OF KENTUCKY
                        CRIMINAL MINUTES-GENERAL
```

Lexington Case No: 19-CR-055-DCR   At: Lexington   Date: May 17, 2019

PRESENT: Hon. Danny C. Reeves, U.S. District Judge

| Lisa Moore | Peggy Weber | None | Dmitriy Slavin/Paul McCaffrey |
|---|---|---|---|
| Deputy Clerk | Court Reporter | Interpreter | Asst. U.S. Attorney |

| DEFENDANT | ATTORNEY FOR DEFENDANT |
|---|---|
| Mikhy Farrera-Brochez | Adele Burt Brown |
| (custody) | (cja) |

PROCEEDINGS:   PRETRIAL CONFERENCE

This matter was called for pretrial conference with counsel and the defendant present as noted. The Court advised the parties of jury selection and trial procedures. Being sufficiently advised, it is hereby

**ORDERED** as follows:

1. The jury trial remains scheduled to begin on **Monday, June 3, 2019**, at the United States Courthouse at Lexington, Kentucky. The trial shall begin at the hour of **9:00 a.m.**, with counsel to be present at **8:30 a.m.** The expected length of trial is 2 days.

2. The Court will conduct the initial voir dire of prospective jurors. Counsel will be given up to 15 minutes each for follow-up questions.

3. The Clerk shall call 48 potential jurors for this case. One alternate juror will be seated in accordance with the procedures explained by the Court.

4. The defendant is remanded to the custody of the United State Marshal pending further proceedings.

Dated: May 17, 2019.

Signed By: *Danny C. Reeves*
United States District Judge

Copies: USM,USP,COR,JC,D
Deputy Clerk lkm

| **TIC:** | | 10 |
|---|---|---|

1