**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**LEXINGTON**

**CRIMINAL ACTION NO. 19-CR-55-DCR**

**UNITED STATES OF AMERICA**                                **PLAINTIFF**

**V.**                    **NOTICE OF APPEARANCE**

**MIKHY FARRERA-BROCHEZ**                          **DEFENDANT**

\* \* \* \* \* \*

The United States gives notice that, in addition to Assistant United States Attorney

Dmitriy Slavin, the undersigned will represent the United States in this case.

Respectfully Submitted,

ROBERT M. DUNCAN, JR.
UNITED STATES ATTORNEY

By:    s/ James T. Chapman
Special Assistant United States Attorney
260 W. Vine Street, Suite 300
Lexington, Kentucky 40507-1612
(859) 685-4804
James.Chapman2@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

On May 24, 2019, I electronically filed this document through the ECF system,

which will send the notice of electronic filing to:

        Adele Burt Brown
        *Attorney for Mikhy Farrera-Brochez*

                          s/ James T. Chapman
                          Special Assistant United States Attorney