```
EDKy-232                UNITED STATES DISTRICT COURT
                        EASTERN DISTRICT OF KENTUCKY
                         CRIMINAL MINUTES-TRIAL – DAY 1
```

LEXINGTON   Case No. 19-CR-055-DCR-1   At LEXINGTON   Date 06/03/19

DOCKET ENTRY: The following jurors were qualified by the Court: Juror Nos. 620, 874, 875, 878, 879, 884, 886, 888, 889 and 895. Voir Dire begun and concluded. Following presentation of the government's proof, the defendant's motion for judgment of acquittal was **OVERRULED** for the reasons stated on the record. A conference was held to receive the parties' input on final jury instructions and forfeiture instructions.

PRESENT: HON. DANNY C. REEVES, U. S. DISTRICT JUDGE

| Lisa Moore | Peggy Weber | Dmitriy Slavin/James Chapman |
|---|---|---|
| Deputy Clerk | Court Reporter | Assistant U. S. Attorney |

DEFENDANT:                              ATTORNEY FOR DEFENDANT:

Mikhy Farrera-Brochez                   Adele Burt Brown
(Custody)                                (cja)


_X_ JURY TRIAL. The Jury impaneled and sworn as follows:  ___ COURT TRIAL

(1) #737        (5) #752        (9)  #884
(2) #746        (6) #886        (10) #795
(3) #775        (7) #745        (11) #878
(4) #754        (8) #875        (12) #651

(1st alt) #758        (2nd alt) _____

_X_ Opening Statement for United States.

_X_ Introduction of Evidence for plff _X_ begun ___ resumed _X_ concluded.

___ Introduction of Evidence for deft ___ begun ___ resumed ___ concluded.

___ Rebuttal evidence; ___ Surrebuttal evidence.

___ Closing arguments for United States and Defendant.

_X_ Case continued to **Tuesday, June 4, 2019** at **9:30 a.m.** for further trial.

_X_ Motion for judgment of acquittal ___ granted _X_ OVERRULED.

___ Renewed motion for judgment of acquittal ___ granted ___ OVERRULED.

___ Defendant to remain on bond.  _X_ Defendant remanded to custody.

Copies: COR, USP, USM, D, JC
TIC: 5.00                                               Deputy Clerk: lkm

1