# UNITED STATES DISTRICT COURT

| EASTERN | DISTRICT OF | KENTUCKY |
|---|---|---|

Central Division (at Lexington)

UNITED STATES OF AMERICA

V.

MIKHY FARRERA-BROCHEZ

Eastern District of Kentucky
**F I L E D**
JUN 0 4 2019
AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

**WITNESS AND EXHIBIT LIST**

Case Number: 5: 19-CR-055-DCR

| PRESIDING JUDGE<br>Danny C. Reeves | PLAINTIFF'S ATTORNEY<br>Dmitriy Slavin/James T. Chapman | DEFENDANT'S ATTORNEY<br>Adele Burt Brown |
|---|---|---|
| TRIAL DATE (S)<br>06-03-19 thru 06-04-19 | COURT REPORTER<br>Peggy Weber | COURTROOM DEPUTY<br>Lisa Moore |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | OBJ. |
|---|---|---|---|---|---|---|
| W1 | | 06/03/19 | | | **FBI Supervisory Special Agent Tyler Hanna** | |
| E1 | | 06/03/19 | x | x | Incident Summary Report submitted by defendant to FBI on 11/14/18 | |
| W2 | | 06/03/19 | | | **FBI Special Agent James Huggins** | |
| W3 | | 06/03/19 | | | **Dr Vernon Lee – Director Singapore Ministry of Health** | |
| E2 | | 06/03/19 | x | x | Excel Spreadsheet of HIV database belonging to Ministry of Health on CD | |
| E3 | | 06/03/19 | x | x | Email from Defendant to various government officials & media dated 01/22/19 | |
| E4 | | 06/03/19 | x | x | Email from Defendant to various government officials & media dated 02/18/19 | |
| W4 | | 06/03/19 | | | **FBI Special Agent Chelsea Holliday** | |
| E6 | | 06/03/19 | x | x | Clips of recorded call between Deft Farrera-Brochez and SA Holliday on CD | |
| E8a | | 06/03/19 | x | x | Emails found on defendant Farrera-Brochez at time of arrest | |
| E3 | | 06/03/19 | x | x | Email from Defendant to various government officials & media dated 01/22/19 | |
| E4 | | 06/03/19 | x | x | Email from Defendant to various government officials & media dated 02/18/19 | |
| W5 | | 06/03/19 | | | **KSP Trooper Joshua Neace** | |
| W6 | | 06/03/19 | | | **Detective Kurt Buhts – forensic examiner** | |
| W7 | | 06/03/19 | | | **Teresa King** | |
| E8a | | 06/03/19 | x | x | Emails: Deft/Teresa King w/copies of Singapore Ministry database attached | |
| | W1 | 06/04/19 | | | **Mikhy Farrera-Brochez** | |
| E7 | | 06/04/19 | x | x | Signed police statement made by defendant to Singapore officials 05/23/16 | |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1    Pages 1