Crt-19

We have reached a verdict.

Juror # 795

Eastern District of Kentucky
**F I L E D**

JUN 0 4 2019

AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT