EDKy-232

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CRIMINAL MINUTES-TRIAL – DAY 2

LEXINGTON    Case No. 19-CR-055-DCR-1    At LEXINGTON    Date 06/04/19

DOCKET ENTRY: Defendant's renewed motion for judgment of acquittal is **OVERRULED** for the reasons stated on the record. A final jury instruction conference was held following presentation of all evidence. Alternate Juror No. 758 was excused prior to jury deliberations. The clerk is directed to file a redacted version of the jury verdict in the record. The original verdict form containing foreperson's name shall be filed in the record **UNDER SEAL**. The trial exhibits containing confidential information will be marked as confidential with instructions that the information contained in the sealed exhibits only be available to Judges and Court personnel as necessary in the event an appeal is taken.

PRESENT: HON. DANNY C. REEVES, U. S. DISTRICT JUDGE

| Lisa Moore | Peggy Weber | Dmitriy Slavin/James Chapman |
|---|---|---|
| Deputy Clerk | Court Reporter | Assistant U. S. Attorney |

DEFENDANT:                              ATTORNEY FOR DEFENDANT:

Mikhy Farrera-Brochez                   Adele Burt Brown
(Custody)                               (cja)

_X_ JURY TRIAL. The Jury impaneled and sworn as follows:   ___ COURT TRIAL

(1) #737        (5) #752        (9) #884
(2) #746        (6) #886        (10) #795
(3) #775        (7) #745        (11) #878
(4) #754        (8) #875        (12) #651

(1st alt) #758                (2nd alt) _____

_X_ Opening Statement for Defendant.

___ Introduction of Evidence for plff ___ begun ___ resumed ___ concluded.

_X_ Introduction of Evidence for deft _X_ begun ___ resumed _X_ concluded.

___ Rebuttal evidence; ___ Surrebuttal evidence.

_X_ Closing arguments for United States and Defendant.

_X_ Jury retires to deliberate at 12:05 p.m. ; Jury returns at 2:00 p.m.

___ Case continued to _____ at _____ for further trial.

_X_ Renewed motion for judgment of acquittal ___ granted _X_ OVERRULED.

___ FINDING BY COURT. _X_ JURY VERDICT. SEE SIGNED VERDICT AS TO DEFENDANT.

_X_ (1) DEFENDANT   GUILTY TO COUNTS 1-3                              .

___ Jury Polled. _X_ Polling Waived ___ Mistrial Declared

_X_ Case continued until **Friday, September 27, 2019,** at **9:30 a.m.** for sentencing.

1

_X_ Court orders Presentence Report-copy to be furnished counsel per Rule 32,FRCP

____Defendant to remain on bond.   _X_  Defendant remanded to custody.

Copies: COR, USP, USM, D, JC
TIC: 2.05                                                    Deputy Clerk: lkm