UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

Eastern District of Kentucky
**FILED**
JUN 04 2019
AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Criminal Action No. 5: 19-055-DCR |
| ) | |
| V. ) | |
| ) | |
| MIKHY FARRERA-BROCHEZ, ) | **VERDICT FORM** |
| ) | |
| Defendant. ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

### COUNT 1

With respect to the charge that Defendant Mikhy Farrera-Brochez sent a threatening communication in interstate or foreign commerce with the intent to extort things of value from the Government of Singapore or its officials or agencies, on or about January 22, 2019, we the Jury find the defendant:

**GUILTY** ✓            **NOT GUILTY** _____

### COUNT 2

With respect to the charge that Defendant Mikhy Farrera-Brochez sent a threatening communication in interstate or foreign commerce with the intent to extort things of value from the Government of Singapore or its officials or agencies, on or about February 18, 2019, we the Jury find the defendant:

**GUILTY** ✓            **NOT GUILTY** _____

## COUNT 3

With respect to the charge that Defendant Mikhy Farrera-Brochez transferred or possessed in interstate or foreign commerce, and without lawful authority, a means of identification of another person or persons, with the intent to commit, or in connection with, any activity that violates federal law on or about January 22, 2019, we the Jury find the defendant:

**GUILTY** ✓   **NOT GUILTY** _____

_____145_____   __6-4-19__
FOREPERSON   (NUMBER)   DATE